# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Edward S. Kiel |
| v. | : | Mag. No. 21-15014 |
| CHRISTOPHER LYTLE | : | **ORDER FOR CONTINUANCE** |

This matter having been opened to the Court by the United States Attorney for the District of New Jersey (George L. Brandley, Assistant United States Attorney, appearing), and the defendant Christopher Lytle (J. Thomas Clarkson, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including October 13, 2022, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty dates of the date of the defendant's arrest, pursuant to 18 U.S.C. § 3161(b), and the defendant through his attorneys having consented to the continuance and waived such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter.

2. Plea negotiations are anticipated, and both the United States and the defendant seek additional time to negotiate a plea agreement, which which would render any grand jury proceedings and any subsequent trial of this matter unnecessary.

3. The defendant has consented to the aforementioned continuance.

4. The grant of a continuance will likely conserve judicial resources.

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 8th day of July, 2022,

ORDERED that the proceedings in the above-captioned matter are continued from the date this Order is signed through and including October 13, 2022; and

IT IS FURTHER ORDERED that the aforementioned period shall be excludable in computing time under the Speedy Trial Act of 1974.

*/s/ Edward S. Kiel*
HON. EDWARD S. KIEL
United States Magistrate Judge

Consented and Agreed to by:

*/s/ J. Thomas Clarkson*
J. Thomas Clarkson, Esq.
*Counsel for Christopher Lytle*


*/s/ George L. Brandley*
George L. Brandley
Assistant U.S. Attorney


*/s/ Jason Gould*
Jason Gould
Chief, Health Care Fraud Unit