UNITED STATES DISTRICT COUT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Mag. No.:  21-15014 |
| : | |
| vs. : | |
| : | |
| : | **ORDER FOR MODIFICATION** |
| : | **OF RELEASE CONDITIONS** |
| CHRISTOPHER LYTLE : | |

**THIS MATTER** having come before the Court on the application of defendant Christopher Lytle (by Stacy Ann Biancamano, Biancamano Law, LLC) for modification of the conditions of pretrial release; and the United States (by George Brandley, Assistant United States Attorney) consenting to the entry of the Order; and United States Pretrial Services (by Laron Day, U.S. Pretrial Services Officer) consenting to the entry of the Order; and for good cause shown;

**IT IS** on this _____ day of December 2022:

1. **ORDERED** that defendant Christopher Lytle's pretrial release conditions be, and hereby are, modified so as to permit him to travel to Las Vegas, Nevada for a conference from January 3 through January 8, 2023.

2. **ORDERED** that all other conditions previously imposed shall remain in effect.

s/Michael A. Hammer   12/29/2022
Hon. _____ ,U.S.M.J.